LEMANDA J. IRISH, as Administratrix of the Estate of ALGY J. IRISH, Deceased, Respondent, *v.* THE UNION BAG AND PAPER COMPANY, Appellant.

*Irish* v. *Union Bag & Paper Co.*, 103 App. Div. 45, affirmed.
(Argued October 13, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

March 11, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edgar T. Brackett* for appellant.

*Lewis E. Carr* and *A. D. Arnold* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., BARTLETT, VANN and WERNER, JJ. Not voting: GRAY, J. Absent: O'BRIEN and HAIGHT, JJ.